IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammed Ibn Akbar,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Ivan Bartos, and Terry Goddard, Attorney General for the State of Arizona,<br><br>　　　　　Respondents. | )<br>)<br>) CIV 06-781-PHX-EHC (GEE)<br>)<br>) **O R D E R**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On March 17, 2006, Petitioner filed Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Dkt. 1) . An Answer with Exhibits was filed October 5, 2006. (Dkt. 9). Magistrate Judge Glenda E. Edmonds issued a Report and Recommendation December 1, 2006. (Dkt. 11). Petitioner did not file Objections.

### **STANDARD OF REVIEW**

A district court judge reviews *de novo* the Report and Recommendation of a Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C).

///

## **DISCUSSION**

The Court having reviewed the record de novo, adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge. (Dkt. 11).

**IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus. (Dkt. 1).

DATED this 22nd day of February, 2007.

_____
Earl H. Carroll
United States District Judge